■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS TERRY, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Scarpino, J.), rendered October 24, 1989, convicting him of attempted criminal possession of a controlled substance in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the appeal is dismissed *(see, People v Seaberg,* 74 NY2d 1). Bracken, J. P., Kooper, Lawrence, Balletta and O'Brien, JJ., concur.